UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DENNIS O'KANE,

                Plaintiff,

        -against-

TIMOTHY F. GEITHNER, SECRETARY,
DEPARTMENT OF TREASURY,

                Defendant.
----------------------------------X

ORDER
10-CV-5325(JS)(ETB)

APPEARANCES:
For Plaintiff:    Dennis M. O'Kane, Pro Se
                1 Bee Drive
                Hauppauge, NY 11788

For Defendant:    No Appearance

SEYBERT, District Judge:

        Pending before the Court is the application to proceed *in forma pauperis* of *pro se* plaintiff Dennis O'Kane ("Plaintiff"). Plaintiff filed a Complaint in this Court pursuant to the Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub. L. No. 102-166) against his employer alleging that he was subjected to unlawful discrimination and retaliation based on his disability, psoriasis.

        Upon review of the declaration accompanying Plaintiff's application, I find that Plaintiff's financial status qualifies him to commence this action without prepayment of the filing fee. See 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's application to proceed *in forma pauperis* is granted. The United States Marshal Service is directed to serve the Complaint upon the Defendant

without prepayment of the filing fee.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: November 29, 2010
       Central Islip, New York